# Court of Appeals
# of the State of Georgia

ATLANTA,  January 13, 2025

*The Court of Appeals hereby passes the following order:*

## A25A0923. MAURICE BOWERS, JR. v. ROBERTA LOUISE JAMES.

In this personal injury action, Maurice Bowers, Jr., appeals from the trial court's order granting Roberta Louise James's motion to enforce a settlement agreement. We, however, lack jurisdiction.

Under OCGA § 5-6-34 (a) (1), appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below." An order granting a motion to enforce a settlement agreement "is not final until the trial court expressly enters final judgment on that order." *Thomas v. Sheppard*, 349 Ga. App. 871, 871 (827 SE2d 60) (2019).

Here, the record does not show that the trial court has made the settlement agreement the judgment of the court. Because no final judgment has been entered, Bowers was required to follow the interlocutory appeal procedures — including obtaining a certificate of immediate review from the trial court — to appeal the order granting the motion to enforce the settlement agreement. See OCGA § 5-6-34 (b). Bowers's failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Thomas*, 349 Ga. App. at 872.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  *01/13/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.